IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DRESHAWN RAHEEM GREEN,  :
            :
    Petitioner,   :
            :
  VS.       :
            :  NO. 1:26-cv-00032-LAG-CHW
SHERIFF TERRON HAYES,  :
            :
    Respondent.  :
            :

## ORDER

Petitioner Dreshawn Raheem Green, a detainee in the Dougherty County Jail in Albany, Georgia, has filed a petition for a writ of habeas corpus on a state court habeas corpus form. ECF No. 1. Other than indicating that he is a pretrial detainee, Petitioner has left much of the first few pages of the form blank, and thus, the Court does not have certain necessary information, such as the nature of the charges against Petitioner or any steps he has taken to exhaust his state court remedies. Therefore, Petitioner will be provided with a 28 U.S.C. § 2241 form, which he is **ORDERED** to complete and return to this Court.[1]

Additionally, Petitioner has filed a motion to proceed *in forma pauperis*, but he has not provided the Court with "a certificate from the warden or other appropriate officers of the place of petitioner's confinement showing the amount of money or securities that the petitioner has in any account in the institution." Habeas Corpus R. 3(a)(2). Without this, the Court cannot determine if Petitioner qualifies to proceed without payment of the

---

[1]Petitioner has filed a "motion for leave of the court," which appears to be seeking to supplement the petition. ECF No. 5. Because Petitioner is ordered herein to file a new habeas petition, this motion is **DENIED AS UNNECESSARY**. Petitioner should include any information he wants the Court to consider in his recast petition.

$5.00 filing fee.   Accordingly, Petitioner is also **ORDERED** to either submit the required $5.00 filing fee or submit the certificate showing the amount of money or securities Petitioner has in any account in the jail.

Therefore, as set forth above, Petitioner is **ORDERED** to recast his petition on a § 2241 form and to submit either the $5.00 filing fee or a certificate showing the amount of money in his jail account.   Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to complete these actions.   Failure to comply with this order may result in the dismissal of Petitioner's application.   Additionally, failure to keep the Court informed of any address change, may result in dismissal.

The Clerk of Court is **DIRECTED** to forward a copy of this Order, a 28 U.S.C. § 2241 form, and the appropriate *in forma pauperis* forms to Plaintiff (with the civil action number on both).

**SO ORDERED**, this 22nd day of April, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge